532 F.2d 879
 In the Matter of MEDICAL ANALYTICS, Debtor.
 No. 907, Docket 76-5001.
 United States Court of Appeals, Second Circuit.
 Argued and Decided April 12, 1976.
 
 Robert S. Cohen, New York City (Lans Feinberg & Cohen, Barbara L. Schulman, New York City on the brief), for appellant Medical Analytics, Inc.
 Gary J. Cohan, New York City (Marshall, Bratter, Greene, Allison & Tucke, V. James Mann, New York City, on the brief), for appellee MetPath Inc.
 Before LUMBARD, HAYS and FEINBERG, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court is affirmed on the opinion of Judge Conner, 410 F.Supp. 922, dated December 1, 1975.